```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

NEVIN MEYER, an individual, and on behalf of all other similarly situated individuals and STEFAN MEYER, an individual, and on behalf of all other similarly situated individuals,

      Plaintiffs,

v.                          Case No: 2:15-cv-583-FtM-99CM

U.S. INSTALLATION GROUP, INC., a Florida corporation,

      Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #65), filed August 30, 2016, recommending that the Renewed Joint Motion for Judicial Approval of the Parties' Settlement Agreements be granted and the Settlement Agreements be approved as a fair and reasonable resolution of a bona fide dispute under the FLSA. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),

cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #65) is hereby **adopted** and the findings **incorporated** herein.

2. The parties' Renewed Joint Motion for Judicial Approval of the Parties' Settlement Agreements and for Dismissal with Prejudice as to named Plaintiffs (Doc. #64) is **granted** and the Settlement Agreement and General Release (Doc. #64-1, 64-2) is approved as a fair and reasonable resolution of a bona fide dispute.

    3.    The Clerk shall enter judgment **dismissing** with prejudice all claims asserted in this action by Plaintiffs Nevin Meyer and Stefan Meyer.

    4.    Plaintiffs Nevin Meyer and Stefan Meyer's Motion to Conditionally Certify a Collective Action Pursuant to 29 U.S.C. § 216(B) and Motion for Equitable Tolling of the Statute of Limitations and Incorporated Memorandum of Law (Doc. #30) and defendant's Motion to Stay Determination of Plaintiffs' Motion to Conditionally Certify Collective Action (and for Equitable Tolling of the Statute of Limitations) or, in the Alternative, Motion for Extension of Time to File Response (Doc. #31) are **denied as moot**.

    **DONE and ORDERED** at Fort Myers, Florida, this __20th__ day of September, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties