UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEXIS ACOSTA, an individual and JUAN JHONSON, an individual,

    Plaintiffs,

v.                             Case No: 2:15-cv-583-FtM-29CM

U.S. INSTALLATION GROUP, INC., a Florida corporation,

    Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #84), filed November 17, 2016, recommending that the Joint Motion for Judicial Approval of the Parties' Settlement Agreement, and for Dismissal With Prejudice as to Acosta and Jhonson (Doc. #83) be granted, the Settlement Agreements Pursuant to the Fair Labor Standards Act be approved, and the case dismissed with prejudice.  The parties filed a Joint Notice of No Objection (Doc. #85) the same day.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific

objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.   The Report and Recommendation (Doc. #84) is hereby **adopted** and the findings **incorporated** herein.

2.   The parties' Joint Motion for Judicial Approval of the Parties' Settlement Agreement, and for Dismissal With Prejudice as to Acosta and Jhonson (Doc. #83) is **granted** and the Settlement Agreements Pursuant to the Fair Labor Standards Act (Doc. #83, pp. 9-14) are **approved** as fair and reasonable resolutions of bona fide disputes.

3. Finding no remaining plaintiffs, the Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __21st__ day of November, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

United States Magistrate Judge

Counsel of Record
Unrepresented parties

- 3 -